Andre L. Verdun (SBN 265436)
**CROWLEY LAW GROUP**
401 West "A" Street, Ste. 925
San Diego, CA 92101
Tel. (619) 238-5700
Fax. (866) 786-6993
AndreVerdun@CrowleyLawGroup.com

Eric A. LaGuardia (SBN 272791)
**LAGUARDIA LAW**
1455 Kettner Blvd, Ste. 214
San Diego, CA 92101
Tel.  (619) 655-4322
Fax.  (619) 655-4344
eal@laguardialaw.com

Attorneys for Plaintiff,
Gerald McGhee

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MCGHEE, an individual, | Case No.:  13CV0909- MMA-MDD |
| Plaintiff, | **NOTICE OF PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS** |
| vs. | |
| I.C. SYSTEM, INC. | DATE: August 5, 2013 |
| Defendant. | TIME: 2:30PM<br>DEPT.: 3A<br>JUDGE: Hon. Michael M. Anello |

**TO: DEFENDANT ABOVE NAMED AND THEIR ATTORNEY OF RECORD:**

   **PLEASE TAKE NOTICE** that on August 5, 2013 at 2:30 p.m. or as soon thereafter as counsel may be heard in Courtroom 3A of the above entitled Court, Plaintiff will, and hereby does, move the court for an award of attorney's fees and litigation expenses pursuant to 15 U.S.C 1692 *et seq* and California Civil Code section 1788 *et seq*. The total requested is $23,622.50.

   This motion is made on the ground that Plaintiff is the prevailing party in this litigation following an offer of judgment that has been entered against Defendant I.C. System, Inc. and that an award of attorney's fees and litigation expenses is mandated by statute under 15 U.S.C 1692 *et seq* and California Civil Code section 1788 *et seq,* and pursuant to the terms of the offer of judgment.

   This motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the declarations and exhibits filed herewith and such other materials to be considered by the court at the time of the hearing on this motion.

Dated:  July 5, 2013                                    LAGUARDIA LAW

                                            By:   s/Eric A. LaGuardia
                                                  ERIC A. LAGUARDIA
                                                  And for:
                                                  Andre L. Verdun
                                                  Attorneys for Plaintiff,
                                                  Gerald McGhee

---

PLAINTIFF'S NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF AN AWARD OF ATTORNEYS' FEES AND COSTS

case no. 13CV0909-MMA-MDD