AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| Gerald McGhee ) | |
| ) | |
| v. ) | Case No.: 13CV0909- MMA-MDD |
| I.C. System, Inc. ) | Hearing Date: July 30, 2013 |
| ) | Time: 10:00AM |
| | Office: Clerk's Office, 333 W. Broadway, Suite 420 |
| **BILL OF COSTS** | San Diego, CA  92101 |

Judgment having been entered in the above entitled action on   07/09/2013   against   I.C. System, Inc.   ,
                                                                  *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................. | $ 350.00 |
| Fees for service of summons and subpoena ............................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ................................. | |
| Fees for witnesses *(itemize on page two)* ............................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................... | |
| Docket fees under 28 U.S.C. 1923 .................................. | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ............................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................... | |
| TOTAL | $ 350.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service            ☐  First class mail, postage prepaid

☐  Other: _____

s/ Attorney:    s/Eric A. LaGuardia

Name of Attorney:  Eric A. LaGuardia

For:       Gerald McGhee                                                Date:   07/10/2013
              *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*        *Deputy Clerk*        *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



Eric Laguardia &lt;eal@laguardialaw.com&gt;

## Activity in Case 3:13-cv-00909-MMA-MDD Mcghee v. I.C. System, Inc. Complaint

**efile_information@casd.uscourts.gov** &lt;efile_information@casd.uscourts.gov&gt;    Tue, Apr 16, 2013 at 4:35 PM
To: CourtMail@casd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 4/16/2013 at 4:35 PM PDT and filed on 4/16/2013
**Case Name:** Mcghee v. I.C. System, Inc.
**Case Number:** 3:13-cv-00909-MMA-MDD
**Filer:** Gerald Mcghee
**Document Number:** 1

**Docket Text:**
**COMPLAINT with Jury Demand against I.C. System, Inc. ( Filing fee $350 receipt number 0974-5813874), filed by Gerald Mcghee. (Attachments: # (1) Civil Cover Sheet)**

**The new case number is 3:13-cv-909-MMA-MDD. Judge Michael M. Anello and Magistrate Judge Mitchell D. Dembin are assigned to the case. (LaGuardia, Eric)(dlg)**

**3:13-cv-00909-MMA-MDD Notice has been electronically mailed to:**

Eric A. LaGuardia    eal@laguardialaw.com

**3:13-cv-00909-MMA-MDD Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/16/2013] [FileNumber=7115044-0
] [55ad36f4387578ccc2a5786ea905f1eae08053b7a3322a80d95ca0031d2e69c82d7
57f9dcc0654494eb6bf3c48e8f8f0c94db540b39a76da584bcbdbfafaf292]]
**Document description:** Civil Cover Sheet

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/16/2013] [FileNumber=7115044-1
] [c251124c8a434d822421747453daa25b88102d05a8497f8c0f86f898ba496a309b4
899618e7e74e238c381cf24b5addcf351817fb3e6882416c7b26cddf11114]]

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2013, I caused the following documents:

## BILL OF COSTS

to be emailed to the following:

> **Sean P Flynn**
> Foley & Mansfield, PLLP
> 300 South Grand Avenue
> Suite 2800
> Los Angeles, CA 90071
> 213-283-2100
> Fax: 213-283-2101
> Email: sflynn@foleymansfield.com

Dated: July 10, 20                    **LAGUARDIA LAW**

                By: s/Eric A. LaGuardia
                    Eric A. LaGuardia
                    Telephone: (619) 655-4322
                    Facsimile: (619) 655-4344
                    eal@laguardialaw.com

                    Attorneys for Plaintiff